IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01805-MSK-BNB

MICHAEL J. SANCHEZ,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners,

     Defendants.

_____

**ORDER**
_____

THE COURT, having considered the Unopposed Motion to Amend the Caption to Eliminate Duplicative Parties **(#23)**,

DOES ORDER that the Motion is **GRANTED** and the caption in this matter is amended accordingly.

DATED this 2nd day of November, 2007.

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*

                                           Marcia S. Krieger
                                           United States District Judge