IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01805-MSK-BNB

MICHAEL J. SANCHEZ,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 51, filed April 10, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off: | **June 2, 2008**; |
| Dispositive Motion Deadline: | **July 2, 2008**. |

DATED: April 10, 2008