IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01805-MSK-BNB

MICHAEL J. SANCHEZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice **(#55)**.[1] The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#55) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 25th day of April, 2008.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

---

[1] The Motion does not refer to Fed.R.Civ.P. 41(a)(1) which pertains to a notice of settlement and for which no Order of Dismissal is issued. However, because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).